Bradley J. Stevens, #006723
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911
Facsimile: (602) 495-2654
Email: bstevens@jsslaw.com

*Counsel for Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TECHDYNE, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:11-bk-16739-DPC<br><br>**DEBTOR'S UPDATED STATUS REPORT**<br><br>Date: May 22, 2013<br>Time: 11:00 a.m.<br>Location: 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, Arizona |

Debtor TechDyne, LLC, ("Debtor" or "Company"), by and through its undersigned attorneys, hereby submits its Updated Status Report, as directed by the Court at the March 21, 2013 hearing. As set out below, Debtor has made major progress in the development, financing and business structure formations of the Debtor's intellectual property assets.

1. <u>Medical Device Developments</u>. Debtor's ongoing dealings with the very large hospital / medical research institution ("Institution") to bring significant value to the Company and all its members, have progressed well beyond those reported to the Court at the March 21, 2013 hearing. In that short time, in addition to those efforts, Debtor has engaged the Institution's venture group and is now in the late stages of negotiating a joint venture which will see the organization's significant clinical, business and funding resources come to

bear. The Institution is committed to see the Company's technology reach patients, spare infant lives and morbidity resulting from preterm birth within this year, putting the Company well ahead of its projected development plan.

2. <u>Capital calls and investment efforts</u>. Debtor is currently taking pledges to bring together the funds necessary to pay the HIOX debt which will facilitate creating the joint venture relationship with the Institution. Debtor intends to raise 'interim capital' to satisfy that debt as well as all administrative claims. The Company intends to escrow the interim capital and form the joint venture. Once the joint venture is fully in place, the funds will be released and used for the purposes stated above.

The Debtor's goal is to minimize risk of the investment so that the Company can move quickly to the joint venture phase and keep the momentum strong. To this point, the Company has solid pledges, including from existing members and directors that collectively cover nearly half the required capital. Debtor is in day-to-day communications with various additional parties who have shown genuine interest. The Company expects to have the necessary funds in place within the next 60 days.

3. <u>Other TechDyne Matters</u>. As referenced in Debtor's March 13, 2013 Response to the Motion to Convert or Dismiss ("Response"), the related party company, AscenZ Friction & Brake, LLC ("AFB"), has exclusive rights to and is in the process of adding an additional and very valuable technology (under the operational name of Composite Suspension Systems) to its current offering. AFB has agreed to informally tie the Debtor to AFB's capital raising effort to bring 'shared funding' to the Company (including the Technology Acquisition Fee, as discussed in the Response). This is being done because certain of the involved technologies (the Debtor's ultra-lightweight composite armor, and AFB's friction and composite suspension technologies) require virtually identical supply and manufacturing resources -- primary and secondary equipment and tooling.

AFB has and is working with ready customers for its friction and suspension

technologies (as well as interested investors), and is willing to share funding from the new capital raise with Debtor and to 'time share' its manufacturing and management assets to promote the Company's success.

4. <u>Armor Technology Developments.</u> Since the Company's Response, Debtor has made significant progress with a large private company in a friendly Middle East country ("Organization"). With capital advanced by one of the Company's directors, the Debtor successfully designed and produced armor test panels to the Organization's specifications, which have been sent to the Organization and are now in the process of being tested by the Organization. Debtor expects licensing negotiations and capital advancements to follow which will result in the Technology Acquisition Fee being paid (as discussed in the Response) and resolving the HIOX debt.

Debtor respectfully submits that it has and continues to make significant progress in developing and implementing business relationships with substantial joint venture partners which will result in creditor claims being resolved in this case within the next 60 days. Debtor urges the Court to set a continued status hearing on this matter in 90 – 120 days.

RESPECTFULLY SUBMITTED this 13th day of May, 2013.

JENNINGS, STROUSS & SALMON, PLC

By: /s/ Bradley J. Stevens
    Bradley J. Stevens
    One East Washington, Suite 1900
    Phoenix, Arizona 85004-2554
    Attorneys for the Debtor

COPY of the foregoing mailed this
13th day of May, 2013 to all parties
on the attached Master Mailing List.

By: _____ Deborah Sharp

```
Label Matrix for local noticing          HIOX Capital, LLC                        TECHDYNE, LLC
0970-2                                   c/o Greenberg Traurig, LLP               C/O BENJAMIN V BOOHER SR
Case 2:11-bk-16739-DPC                   2375 E. Camelback Road                   11940 N 103RD PLACE
District of Arizona                      Ste. 700                                 SCOTTSDALE, AZ 85260
Phoenix                                  Phoenix, AZ 85016-9000
Mon May 13 11:58:36 MST 2013

U.S. Bankruptcy Court, Arizona           Benjamin V. Booher, Sr.                  Booth Udall Fuller, PLC
230 North First Avenue, Suite 101        11940 N. 103rd Place                     Attn: Ken Booth
Phoenix, AZ 85003-0608                   Scottsdale AZ 85260-5938                 1255 W. Rio Salado Pkwy., #215
                                                                                  Tempe AZ 85281-2893


Charles Josenhans                        Donald Curtiss                           Greenberg Traurig, LLP
11235 Clay Court                         c/o 3572 N. 150th Drive                  Attn: David Cleary/Kami Hoskins
Denver CO 80234-2690                     Goodyear AZ 85395-8845                   2375 E. Camelback Road, Suite 700
                                                                                  Phoenix AZ 85016-9000


HIOX                                     Johnson, Harris & Goff, PLLC             NVP
c/o Mark Vange                           Attn: Bob Johnson                        c/o Charles Josenhans
10315 E. Shangri La Rd.                  8777 E. via de Ventura Rd., #245         11235 Clay Court
Scottsdale AZ 85260-6375                 Scottsdale AZ 85258-3345                 Denver CO 80234-2690


New Vector Partners, LLC                 Regis Centers                            U.S. TRUSTEE
New Vector Partners, LLC                 7702 E. Doubletree Ranch Road, Ste. 300  OFFICE OF THE U.S. TRUSTEE
11235 Clay Court                         Scottsdale AZ 85258-2132                 230 NORTH FIRST AVENUE
Westminster, CO 80234-2690                                                        SUITE 204
cjosenhans@newvectorpartners.com                                                  PHOENIX, AZ 85003-1725


BRADLEY JAY STEVENS
JENNINGS, STROUSS & SALMON, P.L.C.
ONE E WASHINGTON ST #1900
PHOENIX, AZ 85004-2554
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)HIOX Capital, LLC                     End of Label Matrix
c/o Greenberg Traurig, LLP               Mailable recipients   15
2375 E. Camelback Road, Ste. 700         Bypassed recipients    1
Phoenix, AZ 85016-9000                   Total                 16
```